**PRELIMINARY STATEMENT:**

Major constitutional and federal violations have been committed by Major Richard Garcia, SGM Justin Morse, and LTCOL Mattew J. Mesko (who knew, partially participated, and failed to act and intervene regarding international child trafficking and kidnapping of a soldier's children) who are an appointed official under 10 U.S. Code § 531 which states, "Original appointments of regular commissioned officers in the grade of O-3 and below are made by the President alone. Original appointments of regular officers in the grades of O-4 to O-6 are made by the President with the advice and consent of the Senate. Service credits may be used in determining the grade in which appointed. Appointment of reservists as regular officers may be made by the Secretary of Defense." The plaintiff has been with the United States Army who has served since 2017 and before that enlisted in the Marine Corps in 2013 with no break in service. The plaintiff has served the United States with courage, honor, and commitment. The plaintiff also has a bachelor's degree in Homeland Security and is finishing up his MBA in Project Management. Currently the plaintiff is going through the application process for the University of Nevada Las Vegas. Since assuming command Major Richard Garcia, SGM Justin Morse, and LTCOL Mattew J. Mesko, have engaged in numerous infractions of federal statutes and violations of constitutional rights against the plaintiff. Despite the plaintiff diligently pursuing appropriate channels to rectify these transgressions, such as availing himself to the open-door policy of higher command, DOD Inspector General Inquiry, Article 138, and instigating a Congressional and Presidential Inquiry, all attempts have been met with futility. On each occasion, Major Richard Garcia, SGM Justin Morse and LTCOL Mattew J. Mesko have resorted to the issuance of excuses and dissemination of false statements to federal officers and officials, thereby attempting to obfuscate and conceal these egregious violations of federal law and constitutional

1

rights. The plaintiff anticipates that Major Richard Garcia, SGM Justin Morse and LTCOL Mattew J. Mesko may engage in retaliatory actions, subjecting him to pre-trial confinement again, with the intent of impeding his constitutional right to self-representation, filing a lawsuit, and curtailing his liberty. Major Richard Garcia, SGM Justin Morse and LTCOL Mattew J. Mesko have and continuously demonstrate a discernible and malevolent pattern of engaging in such conduct, ostensibly premised on contrived events. Moreover, Major Richard Garcia, SGM Justin Morse, and LTCOL Mattew J. Mesko exhibit a consistent pattern of discriminatory practices, specifically centered around racial and ethnic profiling. Major Richard Garcia, SGM Justin Morse, and LTCOL Mattew J. Mesko exhibit a pattern of erratic and malevolent conduct, posing an imminent danger to the plaintiff. The plaintiff, on numerous occasions, has communicated to external entities that in the event of his disappearance or demise, he neither harbors homicidal nor suicidal tendencies. The plaintiff, alongside other affected individuals, experiences a palpable sense of impending peril, apprehending the prospect of being subjected to harm under these circumstances. The plaintiff seeks legal remedy of $25,000,000 from each defendant in compensatory relief from Major Richard Garcia, SGM Justin Morse, LTCOL Matthew J. Mesko in their individual capacity for the constitutional violations, pursuant to a Bivens claim.

## JURISDICTION AND VENUE:

- This Court has jurisdiction over the subject matter of this Complaint under the Fourth, Fifth, Eighth, and fourteenth Amendments to the United States Constitution and 28 U.S.C. § 1331.

- Venue is proper with this District under 28 U.S.C. § 1402(b) in the District of Nevada

## PARTIES:

### Plaintiff:

1. SSG Mason Wollersheim who is a Senior Special Forces Weapons SGT., with 10th SFG, 2nd BN, D. Co.

### Defendants:

1. Major Richard Garcia: Company Commander for 10th SFG, 2nd BN, D. Co.

2. LTCOL Matthew J. Mesko: who is the Battalion Commander for 10th SFG, 2nd BN.

3. SGM Justin Morse: Company SGM for 10th SFG, 2nd BN, D. Co.

### STATEMENTS OF CLAIM:

- Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko, on September 14th, 2023, engaged in falsifying a federal document. Specifically, Major Richard Garcia sought to submit a memorandum into the plaintiff's Official Military Personnel file, purporting to disqualify the plaintiff from the Army Good Conduct Medal under the parameters delineated in AR-600-8-22 paragraph 2-10. This regulation mandates disqualification for any individual convicted of misconduct or a criminal charge by a U.S. military tribunal, those receiving less than honorable discharges based on actions while a prisoner of war (POW), or whose conduct deviates from the Code of Conduct, as documented in U.S. military records. The adjudication of eligibility rests with the Secretary of the Army (SECARMY), particularly in cases involving questionable character of service or misconduct during captivity.

- On August 21st, 2023, materialized in a Developmental Counseling Form, wherein Major Richard Garcia and SGM Justin Morse stated that the plaintiff willingly canceled medical

3

appointments indefinitely due to increased accountability measures. Contrary to this assertion, the plaintiff explicitly denied such willful cancellation. Moreover, Major Richard Garcia, SGM Justin Morse, LtCol Matthew J. Mesko, and COL. Justin D. Hufnagel, falsely claimed in a congressional response to the Honorable Catherine Cortez Masto that the plaintiff had opted to cancel medical care with a civilian provider to cover up Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko's continuous denial of medical care and doctor's recommendations to maliciously violate the plaintiff's 8th Amendment Constitutional Rights. Both the plaintiff and Major Richard Garcia and SGM Justin Morse executed the developmental counseling statement. The plaintiff, however, adhered to scheduled medical appointments conducted via telehealth, which Dr. Blair Cano can confirm.

- False Congressional Responses to The Most Honorable Catherine Cortez Masto:

(1a) Major Richard Garcia, LTCOL Matthew J. Mesko, SGM Justin Morse, and COL Justin D. Hufnagel falsely claimed in a congressional response that the plaintiff cancelled medical care with his civilian provider, leading to a referral to Ft. Carson Behavioral Health that was never warranted. The plaintiff never cancelled any medical care with the civilian provider.

(1b) The false claim that the plaintiff resumed medical care on September 1, 2023, after purportedly cancelling appointments is false, as the plaintiff never cancelled any appointments.

(1c) The assertion that the unit's medical providers evaluated SSG Mason Wollersheim, determining that a P3 profile or referral to the Integrated Disability Evaluation System (IDES) for Medical Evaluation (MEB) is false. The plaintiff was not examined by relevant medical professionals within the specified timeframe, and medical records were manipulated for retaliatory purposes and to violate the plaintiff's 8th Amendment Constitutional Rights. Multiple

4

other providers outside of 10th SFG have confirmed that SSG Mason Wollersheim is in need of a P3 medical retirement.

(1d) The statement asserting that appropriate measures were taken to administer the plaintiff's well-being is completely false by the plaintiff's documented efforts to secure proper medical care, which were subsequently obstructed and denied by Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko.

- False Statements to President Joe Biden:

(2a) Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko falsely indicated to President Joe Biden that the plaintiff received a subpoena for financial records on September 13, 2023, when, in reality, the subpoena was delivered on August 22, 2023.

- Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko has engaged in a consistent and intentional pattern of altering communications to his advantage, evincing a malicious intent to fabricate documentation with the aim of preserving his professional standing despite involvement in illegal activities. An illustrative instance of this conduct occurred in relation to interactions with the plaintiff's doctor. Specifically, on November 2nd, 2023, Major Richard Garcia purportedly declared, "However, I have not received any emails from you..." Subsequently, within a span of two hours on the same day, he purportedly asserted, "I think there may be an issue with my SOCOM email emailing you...I have replied to your emails with thank-you." The incongruity between these statements shows a significant pattern regarding of the malicious intent to deny and the plaintiff's constitutional rights. Furthermore, when confronted by the plaintiff regarding these inconsistencies, Major Richard Garcia obfuscated his prior statements, being fully

5

aware of being ensnared in the deception aimed at denying medical care to violate the plaintiff's 8th Amendment Constitutional Rights.

- On Friday, December 15th, 2023, the plaintiff, sought redress from unlawful Administrative Orders. Major Richard Garcia and SGM Justin Morse under the command of LTCOL Matthew J. Mesko, engaged in a dialogue with the Claimant's legal representative, wherein Major Richard Garcia made a statement indicating that the SSG Wollersheim's legal representative had expressed concurrence with the fairness of Administrative Order 10 (AO10), asserting that her role was solely to convey the plaintiff's requests without offering any recommendations. This is another example of false statements and are blatantly inaccurate aimed at maliciously denying SSG Wollersheim the legal right to his legal representation. SSG Wollersheim's legal Counsel talked with Battalion Judge Advocate General (JAG) Captain Luke Woolman with the intention of modifying the unlawful and contrived Administrative Orders. Such collaboration is indicative of a consistent and deliberate pattern of dishonesty, deceit, and falsification of documents, orchestrated for the personal benefit of Major Richard Garcia with the malicious intent to deny the plaintiff his constitutional rights.

- On October 27th, 2023, Major Richard Garcia under the command of LTCOL Matthew J. Mesko, stated a series of discriminatory remarks that not only mocked and discriminated the plaintiff's religious beliefs but also subjected the plaintiff to a religious test, with the malicious intent to violate the plaintiff's Free Exercise Clause of the First Amendment. The plaintiff prefers the practice of the Traditional Roman Catholic Latin Mass, and Major Richard Garcia actively impeded the plaintiff's ability to partake in constitutionally protected religious services. Major Richard Garcia has continuously

6

denied and intentionally covered up his actions, as the plaintiff has consistently confronted Major Richard Garcia about it. Major Richard Garcia's said the following statements:

(1a) Major Richard Garcia asked the plaintiff on the choice of being tardy to duty ostensibly denigrating the plaintiff's religious observances.

(1b) Major Richard Garcia prioritized work attendance over the plaintiff's religious practices, dismissing the significance of the plaintiff's religious freedom.

(1c) Major Richard Garcia, in a mocking tone, questioned the plaintiff's ability to speak Latin in the context of the Latin Mass.

(1d) Discriminatory comments were made regarding the plaintiff's religious practices, with the malicious intent to religiously discriminate.

(1e) Major Garcia expressed a desire for the plaintiff to verbally communicate in Latin, further belittling the plaintiff's religious convictions.

(1f) It was necessitated for Seargent Major (SGM) Morse to intervene and curtail the Major Garcia's ongoing violation of the plaintiff's First Amendment rights. SGM Morse, cognizant of Richard Garcia's infringement, intervened to prevent further harm to the plaintiff's constitutional liberties.

- On September 12th, 2023, the plaintiff, in pursuit of required documentation from his off-post private residence pertaining to his spouse, Diana Wollersheim, for the purpose of facilitating her enrollment in the Defense Enrollment Eligibility Reporting System (DEERS), had his constitutional rights violated by and orchestrated by Major Richard

7

Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko. The plaintiff sought authorization from Major Richard Garcia and SGM Justin Morse to access his residence for this legitimate purpose, only to be met with a refusal premised on false safety concerns, which is untrue and unfounded. In violation of the plaintiff's Fourth Amendment rights, Major Richard Garcia and SGM Justin Morse under the command of LTCOL Matthew J. Mesko ordered that the plaintiff could only retrieve the requisite documentation if accompanied by two individuals, under the pretext of ensuring safety. Despite the absence of any indication of the plaintiff harboring suicidal or homicidal thoughts, as substantiated by assessments from six medical professionals, including Dr. Blair Cano, Major Williams, UC Health, Joseph A. Zaremba MD, a female LT behavioral health specialist, and on-call psychiatrist Dr. Chang, Major Richard Garcia coercively compelled the plaintiff, while under the influence of medication, to allow entry into his private residence against his will with the malicious intent to violate the plaintiff's fourth amendment constitutional rights.

- The coerced entry, under duress and extorted, resulted in an unwarranted search and seizure of the plaintiff's private off-post residence, violating the protections afforded by the Fourth Amendment. Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko actions further led to the denial of proper medical care for the plaintiff's spouse, Diana Wollersheim, resulting in the untimely and unnecessary death of their unborn child.

- Major Richard Garcia and SGM Justin Morse under the command of LTCOL Matthew J. Mesko, acting under the authority to impose Uniform Code of Military Justice (UCMJ)

8

actions, failed to adhere to the prescribed procedures when the plaintiff invoked his Fifth Amendment rights.

- Major Richard Garcia SGM Justin Morse under the command of LTCOL Matthew J. Mesko, rather than terminating all questioning procedures, persistently interrogated the plaintiff about ongoing investigations despite the invocations of the Fifth Amendment.

- This repeated line of questioning occurred despite the plaintiff's documented haziness and lack of comprehension, a vulnerability explicitly noted by Major Richard Garcia, SGM Justin Morse, and the plaintiff's command team due to the plaintiff's medication.

- Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko has systematically impeded this right through a series of oppressive measures to inhibit the plaintiff from representing himself.

- Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko induced measures to include sleep deprivation, food deprivation, exhaustion, psychological attacks, base restrictions preventing proper representation, economic coercion through excessive travel demands, illegal pay cuts, denial of medical care and medication reimbursement, disregard for medical recommendations, and discriminatory treatment of the plaintiff's legal wife based on national origin.

- Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko violated SSG Wollersheim's Eighth Amendment rights by subjecting him to cruel and unusual punishment.  On September 7th, 2023, SFC Marcus Green, under Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko command denied the plaintiff access to crucial daily medication, causing severe pain and suffering.

- Despite the plaintiff's plea and communication with Dr. Blair Cano, Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko deliberately withheld the necessary medication with malicious intent causing extreme pain and suffering with the malicious intent to induce the plaintiff to cruel and unusual punishment. The plaintiff thought he was going to die that night.

- SFC Marcus Green, acting on Major Richard Garcia, SGM Morse, and LTCOL Matthew J. Mesko orders, deprived the plaintiff of food, exacerbating the plaintiff's suffering with the malicious intent to induce the plaintiff to cruel and unusual punishment. This occurred despite SFC Marcus Green's own access to food.

- The plaintiff was subjected to inhumane conditions, lacking essentials such as pillows, blankets, toiletries, and adequate food, constituting psychological abuse and torture exacerbating the plaintiff's suffering with the malicious intent to induce the plaintiff to cruel and unusual punishment.

- Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko has and continuously commits a discriminatory pattern, disregarding medical recommendations for the plaintiff's health when they did not align with their preferences with the malicious intent causing extreme pain and suffering, with the malicious intent to induce the plaintiff to cruel and unusual punishment. Despite multiple warnings from various sources, including medical professionals, about the adverse health effects of imposed restrictions, Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko persisted in denying the plaintiff's requests for relief with the malicious intent causing extreme pain and suffering.

- The plaintiff endured a bed bug-infested room, resulting in severe bites and a subsequent emergency room visit. Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko failed to adequately address this issue with the malicious intent causing extreme pain and suffering, with the malicious intent to induce the plaintiff to cruel and unusual punishment violating the plaintiff's constitutional rights.

- The plaintiff sought medical attention at the emergency room where he received a diagnosis of bed bugs. In correspondence with the plaintiff's senators, COL Mario Soto made assertions contrary to the bed bug diagnosis, suggesting that the attending physician, Dr. Stephanie Goodwin, doubted the presence of bed bugs.  COL Mario Soto's assertions are false, based solely on limited visual evidence, corruption, and coercion with Major Richard Garcia, SGM Justin Morse and LTCOL Mathhew J. Mesko.

- Col. Justin D. Hufnagel and Lt. Col. Matthew J. Mesko, in concurrence with Major Richard Garcia, committed acts of defamation of character and libel. These false claims were disseminated to the President of the United States and Senator Catherine Cortez Masto. Administrative orders issued by Major Richard Garcia and SGM Morse contained defamatory statements, including baseless allegations of "homicidal comments." These statements, which are false, constitute acts of defamation of character and libel. At the 10th Special Forces Group HQ Staff Duty Desk, Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko publicly posted the plaintiff's name and check-in times to tarnish the plaintiff's reputation within the battalion. This act, driven by command influence, resulted in significant harm to the plaintiff, including emotional and physical suffering, loss of social connections, and abusive actions against the plaintiff and the plaintiff's spouse.

11

- Major Richard Garcia and SGM Justin Morse under the command of LTCOL Matthew J. Mesko violated the Civil Rights Act of 1964 by making discriminatory comments such as the impropriety of the plaintiff's marriage, stating, "maybe you should have married her the correct way." The plaintiff's marriage to Diana Wollersheim adhered to all federal standards and was legally formalized through the Hauge Convention, of which the United States is a participant.

- Major Richard Garicia, SGM Justin Morse, and LTCOL Matthew J. Mesko influenced and ordered individuals to avoid the plaintiff due to his wife's foreign nationality and ethnicty.

- The plaintiff encountered significant obstacles in securing entitled services for his legally married wife, solely based on discriminatory treatment with the malicious intent to murder the plaintiff's and plaintiff's unborn child. Initially, Major Richard Garcia under the command of LTCOL Matthew J. Mesko barred the plaintiff from obtaining documents necessary for inputting his wife into the DOD DEERS system which led to with the malicious intent to murder the plaintiff's and plaintiff's spouse unborn child.

- Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko coerced endurance of constant physical, economic, and mental abuse and torture against the plaintiff and the plaintiff's wife, as detailed in communications to Major Richard Garcia and LTCOL Matthew J. Mesko. Expressions of grave concern, such as "Dude, I'm about to lose it being locked up in here," have been communicated, along with ignored serious grievances, including professional medical recommendations.

- The plaintiff has been professionally diagnosed with ADHD, PTSD, depression, severe paranoia, and other disabilities and has documented medical records within the military

12

system. Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko has conducted severe abuse and neglect against the plaintiff.

- The plaintiff has been subjected to egregious retaliation by Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko, in response to various constitutionally protected activities, including filing congressional and presidential complaints, exercising the right to prepare for a self-represented court case, addressing medical needs, attempting to attend religious services, seeking medical care, filing Article 138 complaints, DOD IG complaints and exercising his general rights.

- Retaliatory actions include the unwarranted extension of Administrative Orders for baseless accusations, such as "homicidal comments," and failure to adhere to check-in procedures were initiated by Major Richard, SGM Justin Morse, and LTCOL Matthew J. Mesko form of retaliation.

- Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko have and continuously manipulate documents, exploiting the plaintiff's medically diagnosed disabilities, including ADHD, High Anxiety, Severe Paranoia, Pervasive Depression, and other conditions, as highlighted in his medical evaluation.

- The plaintiff consistently informed Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko about his medical concerns to include his deteriorating mental health and physical health, Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko maliciously ignored to act on medical recommendations for mental health services.

13

- The plaintiff has faced retaliation for attempting to defend himself in court against unconstitutional 4th amendment violations and false charges, as well as for highlighting Department of Defense (DOD) policy violations.

- Dr. Blair Cano, a civilian provider, and Major Daniel Morgan an Army Psychiatrist explicitly advised against such actions to Major Richard Garcia and SGM Justin Morse under the command of LTCOL Mattew J. Mesko due to concerns for mental and physical health of the plaintiff.

- The plaintiff also stated he is going to file a DOD IG complaint and Article 138 against Major Richard Garcia under the command of LTCOL Mattew J. Mesko for multiple violations. In return, Major Richard Garica, SGM Justin Morse, who are under the command of LTCOL Mattew J. Mesko falsely imprisoned and falsified documents to put the plaintiff in pre-trial confinement to stop him from filing these complaints.

- Major Richard Garcia, SGM Justin Morse, and LTCOL Mattew J. Mesko penalized the plaintiff for exercising his constitutional right to self-representation, referencing Army regulations, and disseminating pertinent information to Major Richard Garcia, SGM Justin Morse, and  LTCOL Mattew J. Mesko.

- Major Richard Garcia, SGM Justin Morse, under the orders of LTCOL Matthew J. Mekso engaged in the harassment and stalking of Dr. Blair Cano, the plaintiff's medical professional multiple times. Major Richard Garcia and SGM Justin Morse under the orders of LTCOL Matthew J. Mekso, knowingly and willingly stalked and appeared at Dr. Cano's private place of business with the malicious intent to stalk and harass Dr. Cano, fostering an environment with the intent to intimidate, injure, and cause harm to

14

her, ultimately hindering her ability to provide proper mental health treatment to the plaintiff.

- Major Richard Garcia and SGM Justin Morse, under the orders of LTCOL Matthew J. Mekso, violated Dr. Cano's Fourth Amendment rights, peered into her windows, conducted an unlawful search, and attempted to break into her business residence. These actions were executed with the intent to intimidate, injure, and cause harm to Dr. Cano, thereby obstructing her from treating the plaintiff for mental health issues. Driven by these circumstances, Dr. Cano has undertaken extreme measures to safeguard herself from Major Richard Garcia, SGM Justin Morse and LTCOL Matthew J. Mesko. The plaintiff had to set up security measures at her place of business to safeguard her from any further attacks by Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko.

- Major Richard Garcia and SGM Justin Morse under the orders of LTCOL Matthew J. Mekso deployed federal troops against Dr. Cano, a civilian. This act was an act against Dr. Cano as a deployment against an American citizen on private property, carried out with the malicious intent to intimidate, injure, and cause harm to her, all aimed at impeding her treatment of the plaintiff for mental health issues. She repeatedly informed them to stop.

- Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko in collaboration LTCOL Hunter Winegarner and COL Mario Soto, have engaged in a collusive effort, executed with malicious intent, involving discussions about the plaintiff's medical records in person without obtaining his informed consent.

- Major Richard Garcia, SGM Justin Morse, LTCOL Matthew J. Mesko, LTCOL Hunter Winegarner, and COL Mario Soto, knowingly and willingly, with malicious intent, colluded released the plaintiff's protected health information without his consent to external entities lacking the legal right or authority to access such confidential documents.

- Major Richard Garica, SGM Justin Morse, and LTCOL Matthew J. Mesko have committed severe bodily harm, both physical and mental against the plaintiff.

- Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko directed the conspiracy and attempt to murder and make it look like a suicide SSG Wollersheim as outlined in a sworn statement. The plaintiff is not the only individual this has happened to at 10th SFG.

- To cover up Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko's illegal activity and to try to hinder a medical retirement for the plaintiff, COL Mario Soto, and LTCOL Hunter Winegarner falsified medical documentation with Major Richard Garcia. Examples include but not limited on the plaintiff's medical documentation dated 08/29/2023 which is 100% totally false and is tampered with illegally with the sole goal to inhibit a medical retirement for the plaintiff.

- Pursuant to the direct directives issued by Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko, over a dozen federal documents have been falsified. Specifically, there was a deliberate fabrication of federal documents aimed at compelling the plaintiff to remit payment for items he neither possessed nor received. Notably, a Form 2062 was fraudulently generated under the plaintiff's name, falsely indicating possession of three items: a Spiritus Fanny Pack, Crye Back Panel, and G19 Holster.

These individuals were instructed to counterfeit the document and sign the plaintiff's signature without lawful authorization.

- On January 24th, 2024, a sworn statement was provided concerning a conspiracy to commit murder against the plaintiff directed by LTCOL Matthew J. Mesko, SGM Justin Morse, and Major Richard Garcia. Subsequently, on March 2nd, 2024, the plaintiff reported the incident to the Fort Carson Military Police. Facing a dire situation with nowhere else to turn, the plaintiff opted to file the report with the Fort Carson authorities. However, upon filing the report, the Fort Carson Military Police immediately contacted the perpetrators, despite repeated requests to maintain confidentiality within the walls of the Military Police building.

- Fort Carson Military Police breached confidentiality, leading to the plaintiff subsequent placement in solitary confinement directed by Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko approximately 12 hours later for a duration of approximately 6 days, in retaliation for filing the report which was covered up as AWOL. The plaintiff was not AWOL. The plaintiff's vehicle experienced mechanical issues necessitating repair, a circumstance which was duly communicated to MSG (Master Sergeant) Jermey Curlee by the plaintiff, accompanied by pictorial evidence delineating the vehicular complications.

- In retaliation for the plaintiff filing of a police report and to conceal Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko's involvement in the conspiracy to murder SSG Mason Wollersheim, Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko falsely imprisoned the plaintiff.

17

- Approximately 12 hours subsequent to the plaintiff's submission of the aforementioned report concerning the plaintiff's constitutionally protected rights to health, life, and safety, Major Richard Garcia orchestrated the false imprisonment of the plaintiff under the pretext of purportedly being Absent Without Leave (AWOL), despite being cognizant of his whereabouts at all times. Notably, Major Richard Garcia personally contacted SSG Mason Wollersheim's next of kin, Isaac Wollersheim, who asked the rationale behind the plaintiff's incarceration. Major Richard Garcia's response was, "For his safety," was met with skepticism from Isaac Wollersheim, who responded, "So jail is safe." This exchange shows that Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko's false imprisonment against the plaintiff was not related to AWOL status. Subsequently, military authorities released the plaintiff, recognizing the absence of probable cause for his initial detention.

- The plaintiff was immediately subjected to solitary confinement on the orders of Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko at Douglas County Jail. The plaintiff's placement in solitary confinement was unwarranted, particularly considering his medical conditions, which were disregarded, and the absence of any demonstrated risk or threat. The confinement entailed 22 hours of isolation per day, thereby exacerbating the plaintiff's preexisting physical and mental health issues.

### **CONCLUSION:**

In conclusion, Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko who has and continuously with malicious intent committed a series of egregious and repugnant violations of constitutional and federal rights. These transgressions were driven by Major Richard Garcia, SGM Justin Morse, and LTCOL Mathhew J. Mesko with the malicious intent to

18

cover up their consistent illegal activity, tinged with racial and ethnic motivations aimed at the plaintiff's wife with the clear intent to commit murder, abuse, and torture against the plaintiff. The actions of Major Richard Garcia, SGM Justin Morse, and LTCOL. Matthew J. Mesko reveal them as extremely dangerous individuals to the plaintiff and to the Constitution of the United States, exhibiting a consistent and malicious pattern of committing constitutional and federal violations against American citizens and the plaintiff. "Justice is indivisible. Injustice anywhere is a threat to justice everywhere." (MLK, 1968)

### QUALIFIED IMMUNITY/FERES DOCTRINE:

- In the matter of egregious acts committed by Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko and against the plaintiff, it is imperative to underscore that the doctrines of Qualified Immunity and the Feres Doctrine do not shield the defendants from liability. Qualified Immunity is a "legal principle shielding government officials from civil liability unless they have violated a clearly established constitutional right", is inapplicable in this instance, as it is abundantly evident throughout this claim that the constitutional rights of the plaintiff were intentionally and malevolently transgressed by Major Richard Garcia, SGM Justin Morse, and Matthew J. Mesko.

- Moreover, the Feres Doctrine, "which typically precludes service members from initiating lawsuits for injuries or fatalities occurring "incident to service," cannot be invoked to shield the defendants from accountability. Constitutional rights infringements and other federal transgressions, including acts against American citizens motivated by malicious ideologies and personal egos, are unequivocally distinct from incidents considered "incident to service." Therefore, the invocation of the Feres Doctrine to immunize military officers from liability for extreme torture, abuse, and severe

constitutional rights violations perpetrated in non-deployed or garrison settings is unwarranted. The precedent set forth by the 9th Circuit Court, particularly in the case concerning Vanessa Guillen, establishes a clear delineation between actions serving a legitimate military purpose and those that do not. Sexual assault for example, deemed to lack any military purpose, was subject to legal scrutiny, as evidenced by the lawsuit filed by Vanessa Guillen's family against the government. The egregious violations against constitutional rights and other federal violations committed by Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko similarly lack any legitimate military purpose. Therefore, any attempt to shield such actions under the guise of qualified immunity or the Feres Doctrine is patently inappropriate. With it being defined as, "does not serve any military purpose" …The question then arises, "What is the military purpose or objective of maliciously violating a Marine/Green Beret's constitutional rights while committing other severe federal violations?"

## INJURIES TO PLAINTIFF:

1. Illicit, illegal, and unconstitutional conduct resulted in substantial damages to the plaintiff. These damages encompass loss of liberty, invasion of privacy, severe emotional distress, reputational harm, and physical afflictions arising from emotional distress, including but not limited to insomnia, nightmares, impaired focus on daily tasks, and altered work practices. Additionally, the plaintiff sustained significant economic losses, including diminished income and prospective earnings, due to the illegal activities.

2. The plaintiff harbored genuine apprehensions that the unlawful and unconstitutional actions undertaken would culminate in the obliteration of the plaintiff's business, military, and professional achievements.

20

3.  The plaintiff lives in constant fear of further government-sanctioned surveillance and actions that may jeopardize his current reputation, livelihood, business opportunities and liberty.

4.  These illicit, illegal, and unconstitutional activities have, are, and continuously inflict severe emotional trauma that cascaded into physical harm to the plaintiff due to the egregious and malevolent violation of constitutional rights.

5.  The sustained abuse and torture experienced by the plaintiff directly contributed to harm in his professional pursuits, military career, business opportunities, and will continue to cast an adverse shadow over his business endeavors and future client prospects.

6.  Owing to these constitutional violations, the plaintiff is terrified of engaging in lawful activities to include but not limited to future business responsibilities may expose the plaintiff further abuse and torture.

7.  The ongoing abuse, torture, and violations of constitutional rights and federal laws will persistently prejudice the plaintiff , impeding his prospects for advancement in business, military, professional pursuits, and causing detrimental effects on the plaintiff's reputation and future earnings.

8.  Actions taken and committed by LTCOL Matthew J. Mesko and Major Richard Garcia have created a situation where the plaintiff and his spouse are subjected to ongoing discrimination and resultant distress.

9.  The conduct exhibited by Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko have engendered a state of constant apprehension and fear for the life and well-being of the plaintiff and the plaintiff's spouse. Such conduct is in violation of

the principles of equal protection under the law and constitutes a breach of the duty of care owed to military personnel and their families.

10. Due to the intention to intimidate and injure the plaintiff's doctor, the plaintiff is hesitant to seek necessary medical treatment for mental health issues, further exacerbating his distress and detrimentally impacting his well-being.

11. The malicious intent to deprive the plaintiff of proper medical care has resulted in untreatable medical conditions, which could have been preventable.

12. Major Richard Garcia and SGM Justin Morse under the order of LTCOL Matthew J. Mesko initiated an illegal search into the plaintiff's personal effects and private residence, inflicting severe emotional trauma that cascaded into physical harm due to the egregious and malevolent violation of constitutional rights.

13. The sustained abuse and torture experienced by the plaintiff directly contributed to harm in his professional pursuits, career, and will continue to cast an adverse shadow over his academic endeavors and employment prospects.

14. Owing to these constitutional violations, the plaintiff is terrified that engaging in lawful activities related to his military responsibilities may expose him to further abuse and torture.

15. The ongoing abuse, torture, and violations of constitutional rights and federal laws will persistently prejudice the plaintiff, impeding his prospects for advancement in positions and causing detrimental effects on his reputation and future earnings.

16. The plaintiff and plaintiff's wife have suffered physically, emotionally, spiritually, mentally, and martially due to the defendants' discriminatory actions.

22

17. The plaintiff seeks legal remedy of $25,000,000 from each defendant in compensatory relief from Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko in their individual capacity for the constitutional violations, pursuant to a Bivens claim.

Wherefore, plaintiff Mason Wollersheim respectfully requests:

a. Compensatory damages from Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko for 25 million dollars from each defendant.

b. Immediate relieving of command for Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko.

c. Punitive damages to Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko.

d. An injunction requiring a permanent no contact order from Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko.

e. Reasonable attorney's fees and associated costs reimbursed to the plaintiff from Major Richard Garcia, SGM Justin Morse, and LTCOL Matthew J. Mesko.

f. Such other and further relief as appear just and appropriate.

g. Plaintiff hereby demands a jury trial.

Plaintiff Mason Wollersheim: *Mason L. Wollersheim*

Date: 5/29/2024

Signature:

24