UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MASON WOLLERSHEIM,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD GARCIA, JUSTIN MORSE, and MATTHEW MESKO,<br><br>    Defendants. | Case No. 2:24-cv-01004-APG-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Permission to Use and Register for Electronic Case Filing. ECF No. 6. Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Permission to Use and Register for Electronic Case (ECF No. 6) is GRANTED.

IT IS FURTHER ORDER that the Clerk of Court must send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same. Plaintiff is not authorized to file electronically until the Consent form is submitted within the time frame specified. Upon timely submitting the Consent form, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to reconfigure Plaintiff's CM/ECF account.

IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service of Documents on or before **June 26, 2024** to the Clerk of Court.

Dated this 5th day of June, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE