# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MASON WOLLERSHEIM, | Case No.: 2:24-cv-01004-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| RICHARD GARCIA, et al., | |
| Defendants | |

I ORDER the defendants to respond to the motion for emergency injunction (ECF No. 10) by August 30, 2024.

DATED this 19th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE