**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MASON WOLLERSHEIM,<br><br>    Plaintiff<br><br>v.<br><br>RICHARD GARCIA, et al.,<br><br>    Defendants | Case No.: 2:24-cv-01004-APG-EJY<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 24] |

I ORDER that plaintiff Mason Wollersheim's motion to extend time **(ECF No. 24) is GRANTED**. Plaintiff Mason Wollersheim has until **November 22, 2024** to file (1) his reply to his motion for emergency injunction (ECF No. 10), and (2) his oppositions to the pending motions to dismiss (ECF Nos. 16, 20).

DATED this 22nd day of October, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE